UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ELIAS MORALES,

    Appellant,

-vs-                                        Case No. 6:05-cv-395-Orl-28DAB

EDUCATIONAL CREDIT MANAGEMENT
CORPORATION, EDFINANCIAL
SERVICES, UNITED STATES
DEPARTMENT OF EDUCATION,

    Appellees.
_____

## ORDER

This cause is before the Court on Appellant's Petition for Writ of Mandamus to Compel Recusal of U.S. Bankruptcy Judge (Doc. 22, filed June 7, 2005). Upon careful consideration of Appellant's Petition, it is **ORDERED** that the Petition for Writ of Mandamus is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 13 day of June, 2005.

                                          JOHN ANTOON II
                                          United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party