# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ELIAS MORALES,**

        **Plaintiff,**

**-vs-**                                            **Case No. 6:05-cv-395-Orl-28DAB**

**EDUCATIONAL CREDIT MANAGEMENT CORPORATION, EDFINANCIAL SERVICES, UNITED STATES DEPARTMENT OF EDUCATION,**

        **Defendants.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

    This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION: APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES (Doc. No. 30)**
>
> **FILED:** July 21, 2005
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED**.

    In general, the Court may authorize an appeal without prepayment of the required fees upon affidavit that the applicant is unable to pay such costs. 28 U.S.C. 1915. However, the Court may refuse to permit the applicant to continue without payment of fees "if satisfied that the action is frivolous or malicious." 28 U.S.C. § 1915(d) (1988). If the trial court certifies that the appeal is not

taken in good faith, *in forma pauperis* status is unavailable.  28 U.S.C. § 1915(a)(3) (1988).  *See In re Inman,* 218 B.R. 458, 460 (8th Cir. BAP 1998) (denying *in forma pauperis* status where bankruptcy appeal was manifestly frivolous and not taken in good faith); *see also In re Frottier,* 130 F.R. 614, 615 (Bankr. S.D. Fla. 1991) (denying leave to proceed *in forma pauperis* because it is ordinarily not available in bankruptcy and, even if such authority existed, debtor did not establish an inability to pay fees and costs).

In his bankruptcy appeal Plaintiff fails to set forth any basis whatsoever for an appeal.  Doc. No 29.  He merely describes that order appealed from, with no explanation of the grounds for appeal.  It is therefore **RECOMMENDED** that the District Court certify that the appeal is not taken in good faith and **DENY** Plaintiff's application to proceed *in forma pauperis* on appeal.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on July 26, 2005.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy