UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ELIAS MORALES,

          Plaintiff,

-vs-                            Case No. 6:05-cv-395-Orl-28DAB

EDUCATIONAL CREDIT MANAGEMENT
CORPORATION, EDFINANCIAL
SERVICES, UNITED STATES
DEPARTMENT OF EDUCATION,

          Defendants.

## ORDER

This case is before the Court on the Application to Proceed Without Prepayment of Fees (Doc. No. 30) filed July 21, 2005. The United States Magistrate Judge has submitted a report recommending that the application be denied.

After an independent *de novo* review of the record in this matter, and considering the objection filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed July 26, 2005 (Doc. No. 31) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Application to Proceed Without Prepayment of Fees (Doc. No. 30) is **DENIED**. Plaintiff shall pay the required filing fees and costs on or before September 16, 2005. Failure to do so will result in dismissal without prejudice.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this \_\_20\_\_ day of August, 2005.

*[signature]*

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party